IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

FRANCES RHUAVA ANTONIO                                         PLAINTIFF

vs.                              Civil No. 6:16-cv-06100-BAB

NANCY A. BERRYHILL                                            DEFENDANT
Acting Commissioner, Social Security Administration


## JUDGMENT


Comes now the Court on this the 5th day of September 2017, in accordance with the

Memorandum Opinion entered in the above-styled case on today's date, and hereby considers,

orders, and adjudicates that the decision of the Commissioner of the Social Security Administration

is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE